NATIONAL FIRE PROOFING COMPANY, complainant-respondent,

*v.*

WILLIAM H. DALY et al., defendants-appellants.
(No. 21.)

NATIONAL FIRE PROOFING COMPANY, complainant-respondent,

*v.*

· WILLIAM H. DALY et al., defendants-appellants.
(No. 22.)

NATIONAL FIRE PROOFING COMPANY, complainant-respondent,

*v.*

WILLIAM H. DALY et al., defendants-appellants.
(No. 23.)

WILLIAM C. FOSTER, trustee in bankruptcy, &c., complainant,

*v.*

BOARD OF EDUCATION OF HOBOKEN, defendant.
(No. 24.)

[Argued June 22d and 23d, 1910. Decided November 14th, 1910.]

On appeals from a decree of the court of chancery advised by Vice-Chancellor Stevens, whose opinion is reported in *76 N. J. Eq. (6 Buch.) 35.*

*Mr. Edward Q. Keasbey,* for the National Fire Proofing Company and American Mason Safety Tread Company, appellants.

*Mr. Merritt Lane,* for the Alpha Portland Cement Company, appellant.

*Mr. Clifford L. Newman,* for William H. Foster, trustee in bankruptcy, and *Mr. Abel R. Corbin,* for Lawson & MacMurray, respondent.

PER CURIAM.

The appeals in the above four cases are, each of them, taken from the same decree. Upon all the questions raised by them we concur in the views expressed by Vice-Chancellor Stevens, in the opinion filed by him in the court of chancery. The decree under review will be affirmed.

No. 21—

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, DILL, CONGDON—11.

*For reversal*—PARKER—1.

No. 22—

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, DILL, CONGDON—12.

*For reversal*—None.

No. 23—

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, DILL, CONGDON—12.

*For reversal*—None.

No. 24—

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, DILL, CONGDON—12.

*For reversal*—None.